JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVID SAXTON,

               Petitioner,

        v.

DEBBIE ASUNCION,

               Respondent.

**No. LA CV 18-01755-VBF-AGR**

**JUDGMENT**

     IT IS ADJUDGED that the Petition is dismissed, without prejudice to any right that petitioner may have to file a separate civil-rights action.

Dated: March 13, 2018

_____

Hon. VALERIE BAKER FAIRBANK
Senior United States District Judge